IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, § § Plaintiff, § § v. § § RYAN EARLEY; UNITED STATES OF § AMERICA, ON BEHALF OF THE § SECRETARY OF VETERANS AFFAIRS, § § Defendants. § § | Case No. 6:25-CV-00242-LS |

**Motion for Entry of Consent Order as to United States of America**

The United States of America hereby moves for entry of the attached Consent Order, to which Plaintiff Nationstar Mortgage LLC agrees. The Consent Order will streamline this litigation, narrow the issues before the Court, and conserve both judicial and legal resources. Therefore, the United States moves for entry of the attached Consent Order.

Dated: February 17, 2026                      Respectfully submitted,

                                              **Justin R. Simmons**
                                              United States Attorney

                           By:    */s/ Matthew Mueller*
                                  **Matthew Mueller**
                                  Assistant United States Attorney
                                  State Bar No. 24095592
                                  U.S. Attorney's Office
                                  903 San Jacinto Blvd., Suite 334
                                  Austin, Texas 78701
                                  (512) 370-1262 (phone)
                                  (512) 916-5854 (fax)
                                  matthew.mueller@usdoj.gov

                                  ***Attorney for Defendant***
                                  ***Secretary of Veterans Affairs***

## CERTIFICATE OF SERVICE

I certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and mailed this document by United States Postal Service to the following:

Ryan Earley
4101 Adolph Ave.
Killeen, TX 76549


                                  */s/ Matthew Mueller*
                                  Matthew Mueller
                                  Assistant United States Attorney